# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

DENNEVER LIVINGSTON,

    Petitioner,

v.                                  CASE NO.  5:05cv99-RH/WCS

WARDEN J. BARRON, JR.,

    Respondent.

_____/

## ORDER DENYING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 6), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "The petition challenging petitioner's expired New York sentence as used to enhance his current federal sentence from the Eastern District of Virginia, case number 2:97cr39-HCM-41, is

*Page 2 of 2*

DISMISSED."   The clerk shall close the file.

     SO ORDERED this 21st day of September, 2005.

                                       s/Robert L. Hinkle
                                       Chief United States District Judge

*Page 2 of 2*

DISMISSED."   The clerk shall close the file.

    SO ORDERED this 21st day of September, 2005.

                                    s/Robert L. Hinkle
                                    Chief United States District Judge